IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL WOODS,<br><br>                 Plaintiff,<br><br>   vs.<br><br>PRECISE CORPORATE STAGING, L.L.C.;<br>et al.,<br><br>                Defendants. | No. 2:13-cv-2425-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation of Dismissal with Prejudice*,[1] filed November 11, 2014,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each side to bear its own fees and costs.

DATED at Anchorage, Alaska, this  12th  day of November, 2014.

                                                       /s/ H. Russel Holland<br>
                                                       United States District Judge

---

[1]Docket No. 37.